**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1572**

ROBERT WILLIAM WAZNEY,

Plaintiff - Appellant,

v.

SHARON RENEE CHABASSOL,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Henry M. Herlong, Jr., Senior District Judge.  (3:19-cv-01012-HMH)

Submitted:  October 22, 2020                          Decided:  October 26, 2020

Before WYNN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert William Wazney, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert William Wazney appeals the district court's order adopting the magistrate judge's recommendation and dismissing his appeal from the bankruptcy court's order dismissing his adversary complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wazney v. Chabassol*, No. 3:19-cv-01012-HMH (D.S.C. Feb 25, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*